UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKELIN BORREGO MARQUEZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>Respondents. | Case No.:  25cv3538-LL-VET<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

On February 25, 2026, the Court issued an order denying Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 6. The Court addresses here whether a certificate of appealability is appropriate.

A certificate of appealability must be obtained by a petitioner in order to pursue an appeal from a "final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court." 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b). "The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11(a), Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254; *see also* Rule 1(b), Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254 ("The district court may apply any or all of these rules

1

to a habeas petition not covered by Rule 1(a)."). A certificate of appealability will issue "only if" the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A "substantial showing" requires a demonstration that "'reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.'" *Beaty v. Stewart*, 303 F.3d 975, 984 (9th Cir. 2002) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

The Court finds issuing a certificate of appealability is not appropriate because reasonable jurists would not find debatable or incorrect the Court's conclusion that this Petition cannot proceed due to Petitioner's four-month detention after receiving a final order of removal and her failure to provide good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001). Accordingly, the Court **DENIES** a certificate of appealability.

**IT IS SO ORDERED.**

Dated:  March 2, 2026

_____
Honorable Linda Lopez
United States District Judge